**Sanjeev MALHOTRA, Plaintiff—Appellant,**

v.

**TEACHERS INSURANCE AND ANNUITY OF AMERICA AND COLLEGE RETIREMENT EQUITIES FUND, and/or its assignees, Defendant—Appellee.**

**No. 06–1093.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 22, 2006.

Sanjeev Malhotra, Appellant Pro Se. Adam C. Sloane, Mayer, Brown, Rowe & Maw, LLP, Washington, D.C., for Appellee.

Before WILLIAMS, MOTZ, and TAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sanjeev Malhotra appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Malhotra v. TIAA–CREF,* No. 1:04–cv–03698–RDB (D.Md. Dec. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*